**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000541
23-SEP-2025
08:01 AM
Dkt. 61 OAWST**

NO. CAAP-24-0000541

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAWAII FIRST FEDERAL CREDIT UNION, Plaintiff-Appellee,
v.
LYDON RYAN KAIKAIKAA'AKANU PESTANO; MALYNDA KAWAILEHUA PESTANO,
Defendants-Appellants,
and
DEPARTMENT OF FINANCE, COUNTY OF HAWAI'I, Defendant-Appellee,
and
DOE DEFENDANTS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-23-0000452)

ORDER
(By: Nakasone, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the "Proposed Stipulation to Dismiss Appeal," filed on September 9, 2025, by Plaintiff-Appellee Hawaii First Federal Credit Union, the papers in support, and the record, it appears that (1) the appeal has docketed; (2) the parties stipulated to dismiss the appeal under Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have

addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, September 23, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge